United States Courts
Southern District of Texas
FILED

*October 26, 2022*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.: H-22-CR-524 |
| | § | |
| STEVEN MARIN | § | |
| Defendant | § | |
| | § | JUDGE Hanks |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

INTRODUCTION

At all times material to this Indictment, TACO BELL, is an Irvine, California, based company engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

At all times material to this Indictment, WHATABURGER, is a San Antonio, Texas, based company engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

At all times material to this Indictment, SUNOCO, is a Dallas, Texas, based company engaged in the business of retail purchase

and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

## COUNT ONE

### Title 18, United States Code, §§ 1951(a) and 2 –Aiding and Abetting Interference with Commerce by Robbery

On or about July 6, 2022, in the Houston Division of the Southern District of Texas,

### STEVEN MARIN

defendant herein, aiding and abetting others known and unknown to the Grand Jury did knowingly and intentionally obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Taco Bell, located at 3956 Little York Road, Houston, Texas, which was in the possession and custody of an employee of Taco Bell, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

## COUNT TWO

<u>Title 18, United States Code, §§ 924(c)(1)(A)(ii) – Aiding and
Abetting Brandishing of a Firearm During and in Relation to a
Crime of Violence</u>

On or about July 6, 2022, in the Houston Division of the
Southern District of Texas,

STEVEN MARIN

defendant herein, did knowingly brandish, a firearm, namely, a
handgun, during and in relationship to a crime of violence for
which they may be prosecuted in a court of the United States, that
being Aiding and Abetting Interference with Commerce by Robbery,
as alleged in Count One.

In violation of Title 18, United States Code, §§
924(c)(1)(A)(ii).

<u>COUNT THREE</u>

<u>Title 18, United States Code, §§ 1951(a) and 2 – Aiding and
Abetting Interference with Commerce by Robbery</u>

On or about July 7, 2022, in the Houston Division of the
Southern District of Texas,

STEVEN MARIN

defendant herein, aiding and abetting others known and unknown to
the Grand Jury, did knowingly and intentionally obstruct, delay,
and affect interstate commerce and the movement of articles and
commodities in commerce by means of robbery, as the terms

"commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully take and obtain the property of Whataburger, located at 905 N. Loop West, Houston, Texas, which was in the possession and custody of an employee of Whataburger, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a)and 2.

COUNT FOUR

Title 18, United States Code, §§ 924(c)(1)(A)(ii) - Brandishing of a firearm during and in relation to a crime of violence

On or about July 7, 2022, in the Houston Division of the Southern District of Texas,

STEVEN MARIN

defendant herein, did knowingly brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Aiding and Abetting Interference with Commerce by Robbery, as alleged in Count Three.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii).

Page **4** of **6**

<u>COUNT FIVE</u>

<u>Title 18, United States Code, §§ 1951(a)and 2 – Aiding and
Abetting Interference with Commerce by Robbery</u>

On or about July 8, 2022, in the Houston Division of the
Southern District of Texas,

STEVEN MARIN

defendant herein, aiding and abetting others known and unknown to
the Grand Jury, did knowingly and intentionally obstruct, delay,
and affect interstate commerce and the movement of articles and
commodities in commerce by means of robbery, as the terms
"commerce" and "robbery" are defined in Title 18, United States
Code, §§ 1951(b)(1) and (b)(3), in that the defendant did
unlawfully take and obtain the property of Sunoco, located at 1402
Federal Road, Houston, Texas, which was in the possession and
custody of an employee of Sunoco, namely, United States currency
and Newport cigarettes, by means of actual and threatened force,
violence, and fear of injury to those in lawful possession of those
items.

In violation of Title 18, United States Code, §§ 1951(a) and
2.

<u>COUNT SIX</u>

<u>Title 18, United States Code, §§ 924(c)(1)(A)(ii) – Brandishing
of a firearm during and in relation to a crime of violence</u>

On or about July 8, 2022, in the Houston Division of the Southern District of Texas,

STEVEN MARIN

defendant herein, did knowingly brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Aiding and Abetting Interference with Commerce by Robbery, as alleged in Count Five.

In violation of Title 18, United States Code, §§ 924(c)(1)(A)(ii).

A TRUE BILL:

## Original Signature on File

FOREMAN OF THE GRAND JURY

JENNIFER B. LOWERY
United States Attorney

BY: _____
Jill Jenkins Stotts
Assistant United States Attorney